On appellant's motion for reconsideration filed November 28, 1986, motion for reconsideration allowed, former opinion (82 Or App 375, 728 P2d 97 (1986)), modified and adhered to as modified February 25, 1987

SAMUEL,
*Appellant,*

*v.*

FROHNMAYER et al,
*Respondents.*

(137346; CA A37404)

David C. Force, Eugene, for petition.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

ROSSMAN, J.

**ROSSMAN, J.**

On appellant's motion for reconsideration of our opinion, 82 Or App 375, 728 P2d 97 (1986), we amend footnote 1, 82 Or App at 377, to read:

"We express no opinion with respect to plaintiff's contention that he is also entitled to indemnification for expenses incurred in the prosecution of this action."

Motion for reconsideration allowed; former opinion modified and adhered to as modified.